IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KRISTOPHER BRUCE,

        Plaintiff,

vs.

                                          Civil Action 2:15-cv-982
                                          Chief Judge Sargus
                                          Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's application for supplemental security income. On January 5, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded for further proceedings. *Report and Recommendation*, ECF No. 20. Although the parties were advised of their right to object to the recommendation, and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF No. 20, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and this action is **REMANDED** for further evaluation of plaintiff's back impairment by reference to Listing 1.04.

1-25-2016
Date

                                                Edmund A. Sargus, Jr.
                                                Chief United States District Judge