IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KRISTOPHER BRUCE,

      Plaintiff,

vs.                                    Civil Action 2:15-cv-982
                                        Chief Judge Sargus
                                        Magistrate Judge King

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

### ORDER

    Upon unopposed motion, *Application for Attorney Fees under the Equal Access to Justice Act*, ECF No. 23, plaintiff is **AWARDED** an attorney fee and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), in the amount of $2,953.90.

    If it is determined that plaintiff owes no pre-existing debt to the United States subject to offset, the Commissioner has agreed to pay that amount to plaintiff's attorney in accordance with the EAJA assignment executed by plaintiff and his counsel. *Defendant's Response to Plaintiff's Petition for Attorney Fees and Costs under the Equal Access to Justice Act,* ECF No. 24.


3-15-2016
Date

Edmund A. Sargus, Jr.
Chief United States District Judge